IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SAVITA SHANKER,

    Plaintiff,

v.                                Case No. 1:18cv197-MW/GRJ

UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Defendant's motion to dismiss, ECF No. 12, is **GRANTED** and Plaintiff's Complaint, ECF No. 1, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED** on June 28, 2019.

                                                s/ MARK E. WALKER
                                                Chief United States District Judge